## UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court  Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

September 20, 2024

To:  Donna Brown, Esq.

From:  Jennifer Bartlett, Deputy Clerk

Re:  USA v. Corey Donovan Case No. 21-cr-88-01-PB

Enclosed find exhibit(s) listed below.  Please sign this acknowledgment and return it to the Clerk's Office in the enclosed envelope.

EXHIBITS: Hearing Exhibits and Conventionally Filed Documents

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: _____   By: _____

Counsel for: _____