FILED - USDC -NH
2024 NOV 4 AM 11:13

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Tracy A. Uhrin, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

September 20, 2024

To: Donna Brown, Esq.

From: Jennifer Bartlett, Deputy Clerk

Re: USA v. Corey Donovan Case No. 21-cr-88-01-PB

Enclosed find exhibit(s) listed below. Please sign this acknowledgment and return it to the Clerk's Office in the enclosed envelope.

EXHIBITS: Hearing Exhibits and Conventionally Filed Documents

*****************************************************************

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: 11/4/24    By: Lori Langford

Counsel for: _____