UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
                                                              }
UNITED STATES OF AMERICA          }
                                                              }
v.                                                            }          NO. 1:21-CR-00088-JL
                                                              }
COREY DONOVAN                          }
_____}

**STATUS REPORT AND MOTION
TO WITHDRAW AS COUNSEL**

Now comes counsel for the defendant, Donna J. Brown, and hereby submits this status report and also requests this this Court allow undersigned counsel to withdraw from this matter and appoint Attorney John Maclachlan.

Undersigned counsel has filed several previous status reports and will not repeat the background and facts set forth in those pleadings.

The next status report in this case is due today, July 18, 2025. As of the writing of this motion, undersigned counsel has not spoken with Mr. Donovan about this case since the filing of the last status report. Prior to today's date, undersigned counsel had not heard back from the prosecutor or the defendant regarding this issue. It is the understanding of undersigned counsel that the defendant's pursuit of the return of property issue is related to his habeas corpus petition pending in this Court. It is also the understanding of the undersigned counsel that Mr. Donovan is represented by Attorney John Maclachlan on the habeas corpus petition. Therefore, the interests of judicial economy and resources that Attorney Maclachlan be assigned to represent Mr. Donovan on the issue of the return of property issue.

Respectfully submitted,

Corey Donovan

 By His Attorney,

Date: July 18, 2025

/s/ Donna J. Brown__
Donna J. Brown
N.H. Bar No. 387
Wadleigh, Starr & Peters
95 Market St
Manchester, NH 03101
Tel. (603) 669-4140
E-mail: dbrown@wadleighlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 18, 2025, the above notice was served electronically through CM/ECF upon all counsel of record.

/s/ Donna J. Brown
Donna J. Brown #387